**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DUSTIN HOWARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-997-CMS |
| | ) | |
| ACTING DIRECTOR ROBIN EDWARDS, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Petitioner Dustin Howard commenced this habeas action on June 22, 2026. ECF No. 1. Petitioner failed to pay the filing fee or file an application to proceed without prepaying fees or costs. On July 16, 2026, the Court directed Petitioner to pay the full filing fee or file an application to proceed without prepaying fees or costs. ECF No. 2. The Court cautioned Petitioner that his failure to timely comply with the Order would result in the dismissal of the case without further notice. *Id*.

To date, Petitioner has neither complied with the July 16, 2026 Order, nor sought additional time to do so. Petitioner was given meaningful notice of what was expected, he was cautioned that his case would be dismissed if he failed to timely comply, and he was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Petitioner's failure to comply with the Court's July 16, 2026 Order and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir.

1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 3rd day of September, 2026.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE